# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| DOROTHY WALLACE, | : |
| | : |
| | : CIVIL ACTION |
| Plaintiff, | : FILE NO. 3:17-cv-00119-CDL |
| | : |
| v. | : |
| | : |
| SCOTTSDALE INDEMNITY COMPANY, GUSTAVO LEAL DE LA GARZA d/b/a TAVO TRANSPORT, and ROBERTO GONZALEZ, JR., | : |
| | : |
| Defendants. | : |

## JOINT NOTICE OF SETTLEMENT AGREEMENT

COME NOW Plaintiff DOROTHY WALLACE and Defendants GUSTAVO LEAL DE LA GARZA d/b/a TAVO TRANSPORT, ROBERTO GONZALEZ, JR., AND SCOTTSDALE INDEMNITY COMPANY and, notify the Court that they have reached an agreement to resolve this Civil Action. Accordingly, the Parties respectfully request that they be excused from appearing at the Rule 16 Pretrial Conference scheduled for Thursday, April 5, 2018 at 11:00 a.m.

Respectfully submitted this 2nd day of April, 2018.

**COUNSEL FOR PLAINTIFF:**

*/s/ Christopher R. Breault*
Christopher R. Breault
Georgia Bar No. 207142

The Breault Law Firm
945 Broadway, Suite 108
Columbus, GA 31901
(404) 438-4357
chris@breaultlawfirm.com

**COUNSEL FOR DEFENDANTS:**

*/s/ Stephanie F. Brown*
Stephanie F. Brown
State Bar No.:  299030
Law Office of Natalie M. Smith
2970 Clairmont Road NE, Suite 600
Brookhaven, GA  30329
(404) 720-7688 | (866) 281-0088 (*facsimile*)
brows58@nationwide.com